United States District Court
Southern District of Texas

**ENTERED**

October 17, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALIREZA A. [1], | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-152 |
| | § | |
| CARLOS D. CISNEROS, *et al*, | § | |
| *in their official capacities*, | § | |
| Respondents. | § | |

## ORDER ON JOINT STIPULATION OF DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

On October 15, 2025, the Court received a "Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii)" signed by both Petitioner Alireza A. and Respondents Carlos D. Cisneros, Orlando Antonio Torres, Deportation Officers and the United States of America. Dkt. No. 17. In this filing, the parties stipulate and agree the case "is voluntarily dismissed, without prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *Id.*

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action against any defendant without a court order if there is a stipulation of dismissal signed by all parties. *See Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344-45 (5th Cir. 2020) (*en banc*).

Accordingly, all claims made in this case are **DISMISSED** without prejudice. Unless otherwise agreed, each party shall bear their own costs and fees related to this litigation.

Respondent's Sealed Motion (Dkt. No. 12) is **DENIED** as moot.

The Clerk of Court is **DIRECTED** to close this case.

Signed on October 17, 2025.

Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner's last names using only their first initial.

1